RECEIVED
IN LAKE CHARLES, LA.
FEB 14 2012
TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| LAFAYETTE HOWARD<br>FED. REG. #16886-076 | CIVIL ACTION NO. 2:11-CV-1415 |
| VS. | SECTION P<br>JUDGE TRIMBLE |
| JOSEPH P. YOUNG | MAGISTRATE JUDGE KAY |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein, these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly, it is

**ORDERED THAT** the Petition for Writ of *Habeas Corpus* be **DENIED** and **DISMISSED WITH PREJUDICE** because the Court lacks jurisdiction to consider these claims.

**THUS DONE AND SIGNED**, in chambers, Lake Charles, Louisiana, on this 14th day of February, 2012.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE